**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00414-CR**
_____

**DWAYNE KEITH LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 12-11-12182 CR**

**MEMORANDUM OPINION**

On August 20, 2013, the trial court sentenced Dwayne Keith Lopez on a conviction for driving while intoxicated. Lopez filed a notice of appeal on August 29, 2013. The certification the trial court signed that related to the defendant's right to appeal indicates that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals.

1

On September 13, 2013, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No response has been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered October 30, 2013
Do Not Publish
Before McKeithen, C.J., Kreger and Horton, JJ.